NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RUSSELL ALAN CROSIER,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Appellant,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　　　Case No. 2D17-869
　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Appellee.　　　　　　　　　　　　)
_____)

Opinion filed January 30, 2019.

Appeal from the Circuit Court for
Hillsborough County; Mark D. Kiser, Judge.

Henry G. Gyden of Gyden Law Group,
P.A., Tampa, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

　　　　　　　Affirmed.

KHOUZAM, SLEET, and BADALAMENTI, JJ., Concur.